UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN KALAWAY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>BARCLAYS, PLC; BARCLAYS BANK, PLC; BARCLAYS CAPITAL, INC.; CITIGROUP, INC.; CITIBANK, N.A.; DEUTSCHE BANK, A.G.; JPMORGAN CHASE & CO.; HSBC HOLDINGS PLC; HSBC BANK PLC; COÖPERATIVE CENTRALE RAIFFEISEN-BOERENLEENBANK, B.A.; UBS, A.G. and UBS (LUXEMBOURG) S.A.<br><br>       Defendants. | C.A. No. 12 CV 5280 (LAK)<br><br>RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE |

010172-25  545596 V1

Plaintiff, Karen Kalaway, hereby gives Notice of Voluntary Dismissal of this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:  August 23, 2012.

        HAGENS BERMAN SOBOL SHAPIRO LLP

        By:   /s/ Jason A. Zweig
            Jason A. Zweig (JZ-8107)
        One Penn Plaza, 36th Floor
        New York, NY  10119
        Email: jasonz@hbsslaw.com
        Tel: (212) 752-5455
        Fax: (917) 210-3980

        Steve W. Berman
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1918 Eighth Ave. Suite 3300
        Seattle, WA  98101
        Email: steve@hbsslaw.com
        Tel: (206) 623-7292
        Fax: (206) 623-0594

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have registered with the Court. All others were served a copy via U.S. mail.

DATED:  August 23, 2012               s/ Jason A. Zwieg
                                      JASON A. ZWEIG (JZ-8107)
                                      Hagens Berman Sobol Shapiro LLP
                                      One Penn Plaza, 36th Floor
                                      New York, NY  10119
                                      Email: jasonz@hbsslaw.com
                                      Tel: (212) 752-5455
                                      Fax: (917) 210-3980